IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Johnnie Gary Tucker, individually and as Personal Representative of the Estate of Kenneth Lashon Tucker,<br><br>Petitioner,<br><br>v.<br><br>Greenville County and Prisma Health-Upstate,<br><br>Defendants. | C.A.#: 2:22-cv-2389-JDA-MGB<br><br><br>MOTION<br>FOR<br>APPROVAL<br>OF<br>SETTLEMENT |

Petitioner, Johnnie Gary Tucker, moves the Court for an Order approving a settlement of this matter as to Defendants Greenville County, Prisma Health-Upstate, and Laura A. Miller (previously dismissed by stipulation). The remaining individually Defendants in this matter have been dismissed with prejudice by stipulation of dismissals filed with this Court. Petitioner would respectfully make reference to the Petition attached hereto as Exhibit "A" which sets out in detail the terms of the settlement.

[SIGNATURE PAGE FOLLOWS]

1

                         Respectfully Submitted,

                         s/W. Grady Jordan  
                         W. Grady Jordan (S.C. Bar # 66104)  
                         **SMITH JORDAN, P.A.**  
                         1810 East Main Street (29640)  
                         Post Office Box 1207  
                         Easley, South Carolina 29641-1207  
                         (864) 855-1661 office  
                         (864)855-1685 fax  
                         Jordan@SmithJordan.com  
                         Attorneys for Petitioner

                         s/David R. Price, Jr.  
                         David R. Price, Jr. (S.C. Bar # 75140)  
                         Samuel B. Tooker (S.C. Bar # 78999)  
                         **DAVID R. PRICE, JR., P.A.**  
                         1001 East Washington Street (29601)  
                         Post Office Box 2446  
                         Greenville, South Carolina 29602-2446  
                         (864) 271-2636 office  
                         (864) 271-2637 fax  
                         David@GreenvilleLegal.com  
                         Sam@GreenvilleLegal.com  
Date:  August 27, 2024        Attorneys for Petitioner