IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Johnnie Gary Tucker, individually and as Personal Representative of the Estate of Kenneth Lashon Tucker,<br><br>Petitioner,<br><br>v.<br><br>Greenville County and Prisma Health-Upstate.<br><br>Defendants. | C.A.#: 2:22-cv-2389-JDA-MGB<br><br><br>**PETITION<br>FOR<br>APPROVAL<br>OF<br>SETTLEMENT** |

    Petitioner, Johnnie Gary Tucker, moves the Court for an Order approving a settlement of this matter. Petitioner would respectfully show until this Honorable Court that:

    1.    Johnnie Gary Tucker ("Petitioner") is the duly appointed Personal Representative of her husband Kenneth Lashon Tucker, (the "Estate") who died on August 31, 2020, having been appointed by Order of the Probate Court of Greenville County, dated June 30, 2021. Pursuant to §15-51-42 of the South Carolina Code Annotated, petition is hereby made to this Court for approval of the settlement of this wrongful death and survival action.

    2.    The statutory heirs of Kenneth Lashon Tucker under the Wrongful Death Act and under the intestacy laws of the state of South Carolina (where Kenneth Lashon Tucker resided at the time of his death) are Johnnie Gary Tucker (Wife), Johnniqua Lashon Gary (Daughter) and Kendrick Tucker (Son), all of whom are over the age of eighteen (18) years old. There are no other beneficiaries of the Estate. As Mr. Tucker died intestate the beneficiaries of the wrongful death action and the survival action are the same.

3. There has been one creditor's claim filed against the Estate of Mr. Tucker, that being in the amount of $588.08 by Greenville County EMS. Said claim was paid by Johnnie Tucker and she will be reimbursed from the settlement proceeds.

4. The Time for the filing of creditor's claims against the Estate of Mr. Tucker has passed.

5. Johnnie Tucker, individually, paid for the funeral expenses of Mr. Tucker and she will be reimbursed for same prior to disbursement of the funds apportioned to his estate.

6. Petitioner alleges in her Complaint that Kenneth Lashon Tucker died on August 31, 2020, from pulmonary thromboembolism and deep venous thrombosis as a result of complete disregard for his serious medical and mental health conditions, negligence, and gross negligence on the part of the detention, medical and mental health staff while incarcerated at Greenville County Detention Center. Evidence showed Mr. Tucker was severely dehydrated at the time of his death.

7. Petitioner has asserted claims and rights of action against the Defendants for wrongful death and survival as well as violation of the Deceased Constitutional Rights under U.S.C. 42, Section 1983. The Claims included State Law Claims for Negligence and Gross Negligence, Nursing Malpractice, Medical Malpractice, and the Tort of Outrage.

8. At a mediation that took place on June 14, 2024, Petitioner negotiated a settlement of the claims against all Defendants with a settlement amount of Two Million Five Hundred Thousand and No/100ths Dollars ($2,500,000.00). The specific amounts being paid by each Defendant and/or its/their carrier of insurance are as follows:

| AMOUNT | DEFENDANT/CARRIER OF INSURANCE |
|---|---|
| $ 750,000.00 | Greenville County |

| $1,300,000.00 | South Carolina Insurance Reserve Fund (on behalf of Greenville County) |
|---|---|
| $ 275,000.00 | American Casualty Company of Reading, Pennsylvania (on behalf of Laura Miller) |
| $ 175,000.00 | Prisma Health-Upstate (self-insured). |
| **$2,500,000.00** | **TOTAL** |

9.     The individual Defendants, namely, Scotty Bodiford, April Roberts, Michael A. Childers, Mathieu J. Chartier, Laura A. Miller, Louis Provo, Lauren Rentz, Ernest Martin, M.D., Martin Lutz, M.D., and Sarah Fabiano, M.D., have been dismissed from the action with prejudice prior to the consummation of the settlement agreement and no monies are being paid herein as a result of said dismissals, excepting Laura Miller.

10.     The settlement offer on behalf of Defendants Greenville County, Prisma Health-Upstate and Laura Miller (dismissed by prior stipulation), is not an admission of liability and Defendants have denied and continue to deny any liability for these claims.

11.     Petitioner has carefully considered the proposed action and believes that the proposed settlement amounts are fair and appropriate and requests that the Court approve same. Petitioner submits that this settlement is in the best interest of the statutory heirs and the beneficiaries of the Estate of Kenneth Lashon Tucker and that she, as Personal Representative of the Estate of Kenneth Lashon Tucker, should be authorized and directed to accept this sum and that she should be authorized and directed to disburse same upon receipt of the settlement proceeds.

12.     Defendant Greenville County is insured through policy #T130230021 with the Insurance Reserve Fund with effective dates of 7/01/20 to 07/01/21, which affords tort liability coverage with a limit of One Million and No/100ths ($1,000,000.00) Dollars for non-Tort Claims

Act claims. The policy carriers an endorsement Cd-14 which limits coverage to $300,000/$600,000 on individual claims brought pursuant to the Tort Claims Act.

13. Defendant Prisma Health Upstate is self-insured up to the One Million Two Hundred Thousand and No/100ths ($1,200,000) Dollars limits of the Tort Claims Act.

14. Defendant Laura Miller (dismissed by prior stipulation) is insured through a policy of insurance with American Casualty Company of Reading, Pennsylvania with a policy limit amount of One Million and No/100ths ($1,000,000) Dollars.

15. Petitioner retained the law firms of David R. Price, Jr., P.A. and Smith Jordan, P.A., to assist her in prosecuting and resolving the claims against Defendants. Under the terms of contingency fee agreement with her attorneys, Petitioner has agreed to pay attorney's fees plus expenses and costs associated with the litigation. Petitioner believes these fees and expenses are appropriate and would ask the Court to approve and authorize the payment of same.

16. The representation between Petitioner and her attorneys with respect to fees and costs will be presented to the Court for review and consideration. Counsel's attorney fee is forty percent (40%) of any monies recovered by suit or settlement. Therefore, the fee under the agreement of the parties is One Million and No/100ths ($1,000,000.00) Dollars. The total current costs and expenditures attributable to this matter are $141,404.67. An itemized statement of costs and expenses is attached hereto as Exhibit "A."

17. Petitioner respectfully requests that of the $2,500,000.00 paid on behalf of Defendants that $250,000.00 be allocated to the Wrongful Death cause of action and $2,250,000.00 be allocated to the Survival Action, with attorney fees and costs deducted therefrom.

18.     Petitioner requests that the Court allow Petitioner to accept the settlement amounts paid by and/or on behalf Defendants and/or their respective carriers and to disburse settlement proceeds, after the payment of the attorney's fees and expenses, to the statutory heirs and to heirs of the Estate as set forth herein.

19.     The proceeds will be distributed as follows:

| | | |
|---|---|---|
| <u>ALLOCATED TO WRONGFUL DEATH</u> | | $ 250,000.00 |
| LESS Attorney's Fees (40%) | $100,000.00 | |
| SUB-TOTAL (net to wrongful death) | | **$ 150,000.00** |

| | | |
|---|---|---|
| <u>ALLOCATED TO SURVIVAL ACTION</u> | | <u>$2,250,000.00</u> |
| LESS: 5% Commission to Johnnie Gary Tucker as Personal Representative Pursuant to §62-3-719 | $ 112,500.00 | |
| LESS Reimbursement to Johnnie Tucker: | | |
| 1. Funeral Expenses | $   10,000.00 | |
| 2. Greenville EMS | $        588.08 | |
| LESS Costs (see attached list) | $ 141,404.67 | |
| LESS Attorney's Fees (40%) | $ 900,000.00 | |
| TOTAL DEDUCTIONS: | $1,164,492.60 | |
| SUB-TOTAL   (net to Survival) | | **$1,085,507.40** |

20. Petitioner also seeks Court approval for Petitioner and/or her counsel to sign appropriate releases in favor of Defendants to effectuate the settlement agreement and dismiss the pending matter with prejudice.

**W**HEREFORE, Petitioner respectfully requests that the Court approve the Agreement as set forth herein. Petitioner further prays and requests that she be authorized and directed to consummate the settlement of this matter with Defendants and their carriers of insurance and that she be authorized to make the disbursements upon receipt of the settlement funds as well as sign appropriate releases and other documents to effectuate the settlement agreement and to dismiss this matter with prejudice.

Respectfully Submitted,

s/W. Grady Jordan
W. Grady Jordan (S.C. Bar # 66104)
**SMITH JORDAN, P.A.**
1810 East Main Street (29640)
Post Office Box 1207
Easley, South Carolina 29641-1207
(864) 855-1661 office
Jordan@SmithJordan.com
Attorneys for Petitioner

s/David R. Price, Jr.
David R. Price, Jr. (S.C. Bar # 75140)
Samuel B. Tooker (S.C. Bar # 78999)
**DAVID R. PRICE, JR., P.A.**
1001 East Washington Street (29601)
Post Office Box 2446
Greenville, South Carolina 29602-2446
(864) 271-2636 office
David@GreenvilleLegal.com
Sam@GreenvilleLegal.com

Date: August 27, 2024            Attorneys for Petitioner

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | **VERIFICATION** |
| COUNTY OF GREENVILLE | ) | |

PERSONALLY APPEARED BEFORE ME this day **Johnnie Gary Tucker**, who, after being first duly sworn says that she is the Plaintiff/Petitioner in the above-entitled action; that she has read the foregoing Petition for Approval of Settlement and regarding the allegations of which she has personal knowledge, she believes them to be true; regarding the allegations of which she does not have personal knowledge, the Petitioner believes them to be true based on specified information, documents, or both.

_____
JOHNNIE GARY TUCKER

SWORN to and subscribed before me
this 27 day of August, 2024

Notary Public for South Carolina
My Commission Expires: 11-7-27

Ronda M. Hudson

**RONDA M. HUDSON**
Notary Public
South Carolina
My Comm. Expires November 7, 2027

7