EXHIBIT A

Smith Jordan, P. A.
PO Box 1207
1810 East Main Street
Easley, SC 29641

───────────────

08-27-2024

**Cost Invoice**                                    **Case #**    21-0097E

Kenneth Tucker
401 Artrage Ct.
Piedmont, SC 29673

| Date | Subject | Amount |
|---|---|---|
| 4/13/2021 | Postage | $1.42 |
| 7/23/2021 | Postage | $0.51 |
| 7/28/2021 | Postage | $0.51 |
| 8/12/2021 | Postage | $0.51 |
| 10/21/2021 | Postage | $2.16 |
| 11/5/2021 | Postage | $2.16 |
| 11/15/2021 | Postage | $4.32 |
| 2/1/2023 | Postage | $0.60 |
| 3/2/2023 | Postage | $2.22 |
| 4/4/2023 | Postage | $0.60 |
| 9/27/2023 | Postage | $8.77 |
|  | **Category Total:** | $23.78 |

Smith Jordan, P. A.
PO Box 1207
1810 East Main Street
Easley, SC 29641

_____

08-27-2024

**Cost Invoice**    Case #    21-0097E

Kenneth Tucker
401 Artrage Ct.
Piedmont, SC 29673

Case Related Costs

| Date | Subject | Amount |
|---|---|---|
| 8/2/2021 | Greenville County Records Division: Fees for Docs Requested | $87.75 |
| 10/15/2021 | Legal Eagle: Copies of CDs | $618.46 |
| 10/28/2021 | Principle Forensics: Video and Audio | $3,750.00 |
| 11/8/2021 | Carolina Medical Legal: Fee for Searching Expert Dr. | $800.00 |
| 11/12/2021 | Legal Eagle Extra Copies of CD 13 & 17 | $181.90 |
| 12/3/2021 | Carolina Medical Legal: Review of additional records, phone call | $455.00 |
| 1/11/2022 | Greenville County Records Division | $38.99 |
| 4/8/2022 | Greenville County Records Division: Inmate Death Reports | $62.43 |
| 7/12/2022 | Legal Eagle: Transcribing Phone Calls | $148.00 |
| 8/5/2022 | SLED: Tucker | $26.00 |
| 10/4/2022 | Clawson & Staubes: Focus Group | $17,000.00 |
| 3/1/2023 | Office of Medical Examiner: Docs, CD and slides | $300.00 |
| 3/29/2023 | Mediation | $726.02 |
| 10/19/2023 | Flight: San Diego | $3,820.40 |
| 11/13/2023 | Uber: San Diego | $18.79 |
| 11/14/2023 | Uber: 11/14/23 | $50.78 |
| 11/14/2023 | San Diego: Marriott Hotel | $1,237.00 |
| 11/14/2023 | Uber: Travel after Depo | $30.21 |
| 4/23/2024 | Flight to Fort Lauderdale | $1,067.20 |
| 4/30/2024 | hotel receipt FL | $285.52 |
| 5/3/2024 | Uber: FLL | $32.14 |
| 5/9/2024 | Flight to Chicago | $2,129.20 |
| 5/9/2024 | Uber: Chicago | $12.98 |
| 5/10/2024 | Uber 5/9/24 afternoon | $123.10 |
| 5/10/2024 | Westin Airport Chicago | $222.30 |
| 5/10/2024 | Hotel: Chicago | $493.08 |
| 5/13/2024 | GSP Parking | $79.50 |
| 6/17/2024 | Mediation Invoice | $1,831.55 |
| | **Category Total:** | $35,628.30 |

Cost Advanced

| Date | Subject | Amount |
|---|---|---|
| 10/13/2021 | Greenville County EMS Records | $12.00 |
| 9/15/2022 | Ciox: GMH Bills | $36.17 |
| 4/26/2023 | Staples for Copies | $335.79 |
| 5/4/2023 | Arden Forensics: Review of Material and Report | $2,750.00 |
| | **Category Total:** | $3,133.96 |

Smith Jordan, P. A.
PO Box 1207
1810 East Main Street
Easley, SC 29641

_____

08-27-2024

**Cost Invoice**    Case #    21-0097E

Kenneth Tucker
401 Artrage Ct.
Piedmont, SC 29673

Cost Advanced Medical Records

| Date | Subject | Amount |
|---|---|---|
| 8/23/2021 | Ciox: Greenville Memorial Hospital | $57.50 |
| 8/23/2021 | Ciox: Wal-Mart Pharmacy | $33.77 |
| 8/27/2021 | Office of the Medical Examiner: Autopsy Report | $100.00 |
| 10/22/2021 | Greenville County EMS Bills Request | $62.00 |
| 9/20/2022 | Greenville Medical Associates | $54.59 |
| 9/23/2022 | Ciox: Greenville Radiology | $28.87 |
| 2/23/2023 | Ciox: Greenville Memorial Hospital | $58.42 |
| 4/19/2023 | Ciox: Prisma Health Affidavit and Records | $70.19 |
| | **Category Total:** | **$465.34** |

Deposition Transcript

| Date | Subject | Amount |
|---|---|---|
| 12/13/2022 | Veritext: Deposition of Dr. Martin | $2,206.00 |
| 12/22/2022 | Veritext: Deposition of Martin and Jhonnie Tucker | $2,628.48 |
| 4/20/2023 | Veritext: Cancellation of Videographer | $275.00 |
| 4/20/2023 | Vertitext: Cancellation Fee for Court Reporter | $185.00 |
| 4/28/2023 | Veritext: Deposition Transcript of Childers | $1,540.20 |
| 5/2/2023 | Veritext: Deposition of Dr. Lutz | $1,477.55 |
| 5/8/2023 | Veritext: Deposition Transcript of Miller, Provo, Rentz | $2,507.05 |
| 5/8/2023 | Veritext: Video Services for Deposition of Childers | $1,295.00 |
| 5/8/2023 | Veritext: Video Services of Miller, Provo, Rentz | $1,731.00 |
| 5/8/2023 | Veritext: Video Service for Deposition of Lutz | $1,077.00 |
| 7/21/2023 | Veritext: Deposition of Laura Miller and Fabiano | $1,365.95 |
| 7/31/2023 | Veritext: Deposition Transcript of Chartier | $1,781.00 |
| 8/2/2023 | Veritext: Video Services for Miller and Fabiano | $977.00 |
| 8/10/2023 | Veritext: Deposition Transcript Chartier | $2,726.20 |
| 8/16/2023 | Veritext: Deposition Transcript of April Roberts | $2,392.10 |
| 8/29/2023 | Veritext: Video of April Roberts | $1,631.00 |
| 10/11/2023 | Legal Eagle: Deposition Transcript of Kendrick and Johnniqua | $231.30 |
| 12/4/2023 | Deposition Transcript of APS Legal | $62.25 |
| 12/5/2023 | Legal Eagle: Deposition Transcript of James Price | $210.02 |
| 2/9/2024 | EveryWord: Deposition Transcript of Dr. Herr | $1,223.20 |
| 5/21/2024 | EveryWord: Deposition of Dr. Tapia | $517.27 |
| 5/21/2024 | Lexitas: Deposition of Dr. Arden | $553.30 |
| 6/17/2024 | Veritext: Video Bodiford and Fowlkes for Deposition | $3,287.70 |
| 6/17/2024 | Vertiext: Depo of Bodiford and Fowlkes | $2,349.00 |
| 7/12/2024 | Veritext: Deposition Transcript of Livingston and Fleming | $1,713.10 |
| 7/12/2024 | Veritext: Video Services Fleming and Livingston | $1,139.00 |
| | **Category Total:** | **$37,081.67** |

Smith Jordan, P. A.
PO Box 1207
1810 East Main Street
Easley, SC 29641

_____

08-27-2024

**Cost Invoice**                                      **Case #**   21-0097E

Kenneth Tucker
401 Artrage Ct.
Piedmont, SC 29673

Expert Fee

| **Date** | **Subject** | **Amount** |
|---|---|---|
| 9/28/2021 | Ramond Herr, MD: Review and Discussion through 9/27/21 | $1,250.00 |
| 10/20/2021 | Carolina Medical Legal Consulting: Review of Records | $409.50 |
| 11/3/2021 | Arden Forensics: Retainer Fee for Dr. Arden | $1,000.00 |
| 1/10/2022 | Arden Forensics | $237.50 |
| 3/7/2022 | Dr. Herr; Video Review, Affidavit, etc. | $9,637.70 |
| 9/19/2022 | Charles Alford | $2,000.00 |
| 4/13/2023 | Arden Forensics | $1,237.50 |
| 6/27/2023 | Carolina Medical-Legal Consulting | $800.00 |
| 8/1/2023 | Dr. Tapia: Review Records and Report | $13,250.00 |
| 8/7/2023 | Arden Forensics: Conference call and Report | $275.00 |
| 11/9/2023 | Dr. Alford: Review for Deposition | $300.00 |
| 11/9/2023 | Dr. Alford's time for deposition | $500.00 |
| 5/3/2024 | Arden Forensics April 2024 | $825.00 |
| 5/28/2024 | Dr. Tapia: review of reports and records | $9,625.00 |
| 5/29/2024 | Dr. Arden May 2024 | $2,337.50 |
| 6/17/2024 | Invoice from Dr. Herr | $19,300.00 |
|  | **Category Total:** | $62,984.70 |

Filing Fee

| **Date** | **Subject** | **Amount** |
|---|---|---|
| 4/9/2021 | Greenville County Probate Court | $0.00 |
| 3/8/2022 | Filing Fee: Notice of Intent | $13.30 |
| 6/21/2022 | Filing Fee: Summons and Complaint | $180.32 |
| 4/25/2023 | Filing Fee: Notice of Intent as to Prisma | $13.30 |
| 5/19/2023 | Refunded- Filing Fee: Notice of Intent v. Prisma in Federal Court | $0.00 |
|  | **Category Total:** | $206.92 |

Service of Process

| **Date** | **Subject** | **Amount** |
|---|---|---|
| 3/17/2022 | Service of Process Fee | $75.00 |
| 5/10/2022 | Service of Process: Notice of Intent | $1,730.00 |
| 6/9/2023 | Service of Process for NOI on Prisma | $75.00 |
|  | **Category Total:** | $1,880.00 |

Smith Jordan, P. A.
PO Box 1207
1810 East Main Street
Easley, SC 29641

_____

08-27-2024

**Cost Invoice**

Kenneth Tucker
401 Artrage Ct.
Piedmont, SC 29673

**Case #**   21-0097E

_____

**Total:**   141,404.67

---

Please Submit with Payment        21-0097E        Kenneth Tucker        Amount: _____